| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MONTAGUE COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR DELGADILLO, an individual; ROBERTA DELGADILLO, an individual; TURBO COIL REFRIGERATION SYSTEMS INC., a California Corporation; TURBO COIL INC., a California Corporation; TC REFRIGERATION SYSTEMS, INC., a California Corporation; RAPID KOOL INC., a California Corporation; RAPID KOOL COIL INC., a California Corporation; TURBO COIL MANUFACTURING INC., a California Corporation; INFINITY AIR CONDITIONING & ELECTRICAL, INC, a California Corporation; INFINITY AIR CONDITIONING LLC, a California limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  1:20-cv-00891-NONE-JDP<br><br>**STIPULATION AND ORDER TO TRANSFER VENUE**<br><br>ECF No. 10 |

Come now the parties, by and through their counsel, and stipulate as follows concerning a stipulated transfer of venue of the instant action:

1     WHEREAS Plaintiff The Montague Company on May 14, 2020 filed a complaint against the same parties with virtually identical claims in the Northern District of California entitled *The Montague Company v. Hector Delgadillo et al.*, Case No. 5:19-cv-08183-SI ("Northern District Action");

    WHEREAS Plaintiff determined to not pursue its patent claim alleged but to voluntarily dismiss without prejudice the Northern District Action and timely refile in state court in Alameda County Superior Court under 28 U.S.C. Section 1367(d);

    WHEREAS due to obstacles imposed by Covid-19 in attempting to refile in Alameda County, it was necessary for Plaintiff to file in Stanislaus County so as to effect timely refiling;

    WHEREAS Defendants sought removal of the Stanislaus County action to the Eastern District of California on June 29, 2020 based on federal question, and the action was removed; and

    WHEREAS the parties agree that the parties, witnesses and evidence are found in the Northern District of California, and that that there are no parties or known witnesses or evidence found in the Eastern District relevant to this action in the Eastern District ("Action").

    Now, therefore, the parties stipulate by and through their counsel, and agree to the entry of an Order transferring this Action from the Eastern District of California to the San Francisco division of the Northern District of California for the convenience of parties and witnesses pursuant to 28 U.S.C. Section 1404(b), and the parties request an order directing the Clerk of this Court of the Eastern District of California to forward the filings in this Action to the Clerk of the Court of the Northern District of California, notifying the Clerk that the Action is virtually identical to the previously-filed Northern District Action, *The Montague Company v. Hector Delgadillo et al.*, Case No. 5:19-cv-08183-SI, and with each party bearing its costs and attorneys' fees in connection with this transfer of venue.

    It is so stipulated.

| | |
|---|---|
| Dated: August 27, 2020 | LAW OFFICES OF LAWRENCE G. TOWNSEND |
| | *s/Lawrence G. Townsend* |
| | Lawrence G. Townsend |
| | Attorney for Defendants |
| | HECTOR DELGADILLO, ROBERTA DELGADILLO, TURBO COIL REFRIGERATION SYSTEMS INC., TURBO COIL INC., RAPID KOOL COIL, INC., TC REFRIGERATION SYSTEMS, INC., TURBO COIL MANUFACTURING INC., INFINITY AIR CONDITIONING & ELECTRICAL, INC., INFINITY AIR CONDITIONING LLC |
| Dated: August 27, 2020 | LAW OFFICES OF BRUNN & FLYNN |
| | *s/Mahanvir Sahota* |
| | Mahanvir Sahota |
| | Attorneys for Plaintiff, |
| | THE MONTAGUE COMPANY |

**ORDER**

The court, having reviewed and considered the stipulated transfer of this Action, does hereby order that this action be transferred from the United States District Court for the Eastern District of California to the United States District Court for the Northern District, San Francisco Division, where a virtually identical action, *The Montague Company v. Hector Delgadillo et al*., Case No. 5:19-cv-08183-SI, was previously filed and dismissed. Each party shall bear its own costs and fees relating to the transfer. The court further orders the clerk for the United States District Court for the Eastern District Court of California to forward all filings in this action To the clerk for the United States District Court for the Northern District, San Francisco Division.

IT IS SO ORDERED.

Dated: August 27, 2020

UNITED STATES MAGISTRATE JUDGE

No. 204.